■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERON BULLOCK, Appellant. [950 NYS2d 713]—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Firetog, J.), both imposed July 29, 2009, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248 [2006]) and, thus, does not preclude review of his excessive sentence claims. However, contrary to the defendant's contentions, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Rivera, Eng, Leventhal and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE CARDOVA, Also Known as HECTOR PINA, Appellant. [950 NYS2d 714]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 25, 2011 (*People v Cardova*, 88 AD3d 1008 [2011]), affirming two judgments of the Supreme Court, Queens County, rendered May 13, 2009, and May 28, 2009, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Balkin, Leventhal and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAN CONTANT, Appellant. [950 NYS2d 710]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 13, 2011 (*People v Contant*, 90 AD3d 779 [2011]), affirming a judgment of the County Court, Rockland County, rendered October 3, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Hall, Sgroi and Cohen, JJ., concur.